### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 09-116** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY BERRY** | : | |

### ORDER

**NOW**, this 11th day of August, 2021, upon consideration of the defendant's Motion for Compassionate Release/Reduction in Sentence/Home Confinement Pursuant to 18 U.S.C. § 3582 & 4205(g) and the "Cares Act" Related to the COVID-19 Pandemic (Document No. 43), the government's response, the defendant's amended Emergency Application for Modification of Sentence, and the government's supplemental response, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.